JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE REASER, <br> Plaintiff, <br> -v- <br> GLOBAL CREDIT AND COLLECTION <br> Defendants. | Case No. SACV11-0152-DOC(JCGx) <br><br> ORDER DISMISSING <br> CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

DATED: May 31, 2011

_David O. Carter_
_____
DAVID O. CARTER
United States District Judge